

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

William P. Krauss
Partner
Direct Dial 973.840.2419
WKrauss@connellfoley.com

May 9, 2019

Hon. Mark Falk, U.S.M.J
Hon. Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: <u>Ohio Security Insurance Company v. Lolosa LLC, et al.</u>
   <u>Docket No. 2:19-CV-05451 (WJM/MF)</u>

Dear Judge Falk:

This firm represents Plaintiff Ohio Security Insurance Company (Ohio Security) in connection with the above referenced matter. I am writing to advise that this the federal declaratory action is being dismissed with prejudice

I attach a voluntary stipulation of dismissal with regard to same.

Respectfully submitted,

CONNELL FOLEY LLP

*William P. Krauss*

William P. Krauss

WPK/dag
Enclosure
cc:    *All Counsel Via ECF*

Roseland    Jersey City    Newark    New York    Cherry Hill    Philadelphia
www.connellfoley.com

5027503-1

William P. Krauss, Esq.
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-535-0500
Facsimile: 973-535-9217
*Attorney for Plaintiff*
*Ohio Security Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LOLOSA LLC d/b/a RALPH PICCOLO PIZZA, ANTHONY A. PIER, ADELA IACOVO and PROGRESSIVE GARDEN STATE INSURANCE COMPANY, <br><br> Defendants | Civil Action No. 2:19-CV-5451(WJM/MF) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff, Ohio Security Insurance Company dismisses with prejudice all claims asserted against defendants Lolosa LLC d/b/a Ralph Piccolo Pizza, Anthony A. Pier, Adela Iacovo and Progressive Garden State Insurance Company.

CONNELL FOLEY LLP

By: /s/*William P. Krauss*
     William P. Krauss

1735780
1735780-1